UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

  -v-　　　　　　　　　　　　　　　　　　　　Nos.　18 CR 781-LAK
　　　　　　　　　　　　　　　　　　　　　　　　　　　　21 CR 97-LTS
JEFFERSON SANCHEZ,

     Defendant.

------------------------------------------------------------x

## ORDER

The Court has received a letter motion from pro se Defendant Mr. Jefferson Sanchez seeking to vacate his prior conviction under 28 U.S.C. section 2255. Mr. Jefferson's motion implicates two different criminal cases—case number 18-CR-781-LAK before Judge Lewis A. Kaplan, and case number 21-CR-97-LTS before Chief Judge Laura Taylor Swain. The letter motion is currently docketed at 18-CR-781-LAK (docket entry no. 68) and 21-CR-97-LTS (docket entry no. 30).

Accordingly, the Clerk's Office is respectfully directed to open two new civil cases for this matter (one for each judge); to docket the letter in both new civil cases; and to mark the two new civil cases as related to the existing criminal cases.

SO ORDERED.

Dated: New York, New York
　　　　November 3, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Laura Taylor Swain
　　　　　　　　　　　　　　　　　　　　　　　　　LAURA TAYLOR SWAIN
　　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge