UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

       -against-

                                            18-cr-0781 (LAK)

JEFFERSON A. SANCHEZ,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       Movant was convicted on his plea of guilty of conspiracy to steal public funds and two counts of filing false tax returns and sentenced principally to terms of imprisonment of 24 months on each count, the terms to run concurrently.

       The Court recently received a communication from the defendant in which he claims to have filed, "[i]n the month of February [2022]", a motion for compassionate release.

       As far as the Court has been able to determine, no such motion ever was filed.

       The Clerk shall mail a copy of this order to the defendant.

       SO ORDERED.

Dated:     April 25, 2022

                                            Lewis A. Kaplan
                                   United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/25/22