UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/29/2022
```

------------------------------------------------x

UNITED STATES OF AMERICA,

-against-

18-cr-0781 (LAK)

JEFFERSON SANCHEZ,

Defendant.

------------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

      Movant was convicted in this case in 2019 on his plea of guilty of conspiracy to steal public funds and two counts of filing false tax returns and sentenced principally to terms of imprisonment of 24 months on each count, the terms to run concurrently. He then was convicted before Chief Judge Swain in 2021 of bail jumping and sentenced principally to a term of imprisonment of 5 months to be served consecutively to the term imposed in this case.

      On March 22, 2022, defendant moved before Judge Swain for compassionate release in 21-cr-97. Judge Swain denied the motion without prejudice on March 28, 2022 for failure to exhaust administrative remedies. Dkts. 34 & 35. On May 19, 2022, defendant by letter renewed his motion before Judge Swain, claiming that he had exhausted administrative remedies. Dkt. 38. That motion is pending.

      Meanwhile, on April 25, 2022, movant applied in this case for compassionate release, principally though not entirely on the basis of his concerns about possible infection or reinfection with COVID-19. Dkt. 73. This motion asks that I consider the papers he filed in support of his original motion before Judge Swain and decide the present motion in this case on the basis of those papers. I now do so.

      Having considered defendant's motion, the government's response, and defendant's submission received by me June 16, 2022, I now deny the motion substantially for the reasons set forth in the government's opposition.

      SO ORDERED.

Dated:     June 29, 2022

 

_____
Lewis A. Kaplan
United States District Judge